McGREGOR W. SCOTT
United States Attorney
WILLIAM B.TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER E. KROESCHHEUSERSON<br><br>Defendant. | Case No. 1:19-po-00206-SAB<br><br>[Citation # 9073372 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00206-SAB [Citation #9073372 CA/74] against TYLER E. KROESCHHEUSERSON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 15, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ William B. Taylor
WILLIAM B. TAYLOR
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:19-po-00206-SAB [Citation #9073372 CA/74] against TYLER E. KROESCHHEUSERSON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 16, 2019**

UNITED STATES MAGISTRATE JUDGE